# EXHIBIT A

## I. Section 1, Counsel for Plaintiff and Defendant

Rick A. Waltman (State Bar No. 306463)
Andrew T. Katseanes (State Bar No. 351638)
Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
rick@ferrarovega.com / andrew@ferrarovega.com
nick@ferrarovega.com / lauren@ferrarovega.com

*Attorneys for Plaintiff Shayna Hill*

SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP
Dick A. Semerdjian (SBN 123630)
Mikayla R. Preus (SBN 355008)
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619.236.8821
Facsimile No. 619.236.8827
Email: das@sscelaw.com
mikayla@sscelaw.com

CARRINGTON, COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.
Parker Graham (Texas Bar No. 24087612) (*Pro Hac Vice*)
pgraham@ccsb.com
Tayler Gray (Texas Bar No. 24131254) (*Pro Hac Vice*)
tgray@ccsb.com
2200 Ross Ave, Suite 1800
Dallas, Texas 75201
Telephone: 214-855-3000
Facsimile: 214-580-2641

*Attorneys for Defendant*
*Martin Marietta Materials, Inc.*

## II. Section VII, Related Case

*Shayna Hill, on behalf of others similarly situated v. Martin Marietta Materials, Inc. and DOES 1 through 50, inclusive*, Case No. 3:26-cv-04529-LL-VET

**District Judge:** Linda Lopez
**Magistrate Judge:** Valerie E. Torez