# EXHIBIT 1

**SCHWARTZ SEMERDJIAN CAULEY SCHENA & BUSH LLP**
Dick A. Semerdjian (SBN 123630)
101 West Broadway, Suite 810
San Diego, CA 92101
Telephone No. 619.236.8821
Facsimile No. 619.236.8827
Email: das@sscelaw.com

**CARRINGTON, COLEMAN,**
**SLOWMAN & BLUMENTHAL, L.L.P.**
Parker Graham (Texas Bar No. 24087612) (Pro Hac Vice to be filed)
Tayler Gray (Texas Bar No. 24131254) (Pro Hac Vice to be filed)
2200 Ross Ave, Suite 1800
Dallas, Texas 75201
Telephone: 214-855-3000
Facsimile: 214-580-264
Email: pgraham@ccsb.com
tgray@ccsb.com

Attorneys for Defendant
MARTIN MARIETTA MATERIALS, INC

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAYNA HILL, on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN MARIETTA MATERIALS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-05633-DMS-DEB<br><br>**DECLARATION OF DICK A. SEMERDJIAN** |

1. My name is Dick A. Semerdjian. I am a partner at Schwartz Semerdjian Cauley Schena & Bush LLP and counsel for Defendant Martin Marietta Materials, Inc. I am duly licensed to practice law before this court. I have personal knowledge of the facts in this declaration and, if sworn as a witness, could and would competently testify thereto.

2. Attached as **Exhibit 2** is a true and correct copy of Plaintiff's PAGA Complaint filed in the Superior Court of the State of California for the County of San Diego, Case No. 26CU045923C.

3. Attached as **Exhibit 3** is a true and correct copy of the Civil Case Cover Sheet, filed in Case No. 26CU045923C.

4. Attached as **Exhibit 4** is a true and correct copy of the Civil Summons, filed in Case No. 26CU045923C.

5. Attached as **Exhibit 5** is a true and correct copy of the Notice of Case Assignment, filed in Case No. 26CU045923C.

6. Attached as **Exhibit 6** is a true and correct copy of the Notice to Litigants, filed in Case No. 26CU045923C.

7. Attached as **Exhibit 7** is a true and correct copy of the Stipulation to Alternative Dispute Resolution Process, filed in Case No. 26CU045923C.

8. Attached as **Exhibit 8** is a true and correct copy of the Proof of Service of Summons – Substitute, filed in Case No. 26CU045923C.

9. Attached as **Exhibit 9** is a true and correct copy of the Notice of Removal to Federal Court, filed in Case No. 26CU045923C.

///

///

///

///

///

///

10. Attached as **Exhibit 10** is a true and correct copy of the Proof of Service filed by Martin Marietta, filed in Case No. 26CU045923C.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 6, 2026

*<u>/s/Dick A. Semerdjian</u>*
Dick A. Semerdjian