Rick A. Waltman (State Bar No. 306463)
Andrew T. Katseanes (State Bar No. 351638)
Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
rick@ferrarovega.com / andrew@ferrarovega.com
nick@ferrarovega.com / lauren@ferrarovega.com

Attorneys for Plaintiff Shayna Hill

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAYNA HILL, on behalf of others similarly situated and the State of California under the Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN MARIETTA MATERIALS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-05633-DMS-DEB<br><br>**PLAINTIFF SHAYNA HILL'S NOTICE OF MOTION AND MOTION TO REMAND**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Declaration of Andrew T. Katseanes; and [Proposed] Order]<br><br>Judge: Hon. Dana M. Sabraw<br>Hearing Date: December 18, 2026<br>Time: 01:30 P.M.<br>Courtroom: 13A<br><br>Complaint Filed: August 27, 2026<br>Removed: October 1, 2026<br>Trial Date: None set |

TO DEFENDANT MARTIN MARIETTA MATERIALS, INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 18, 2026, at 1:30 P.M., or as soon thereafter as the matter may be heard, in Courtroom 13A of the United

States District Court for the Southern District of California, 333 West Broadway, San Diego, California 92101, before the Honorable Dana M. Sabraw, Plaintiff Shayna Hill will and hereby does move the Court for an order remanding this action to the Superior Court of California, County of San Diego, Case No. 26CU045923C.

Plaintiff moves under 28 U.S.C. § 1447(c) on the ground that the Court lacks subject matter jurisdiction. Defendant removed solely on the theory that Plaintiff's single cause of action under the Private Attorneys General Act, Cal. Lab. Code § 2698 *et seq.*, is completely preempted by § 301 of the Labor Management Relations Act, 29 U.S.C. § 185. Remand is required because (1) Defendant has not carried its burden of proving that any qualifying collective bargaining agreement covered any aggrieved employee during the PAGA period; (2) the Labor Code exemptions on which Defendant relies, §§ 514, 512(e), and 204(c), are state-law affirmative defenses that cannot support removal; (3) Plaintiff, whom Defendant concedes was not covered by any collective bargaining agreement, asserts only rights conferred by the California Labor Code, and Defendant identifies no collective bargaining agreement term whose meaning is in dispute; (4) Plaintiff lacks Article III standing to pursue any claim that arises solely under a collective bargaining agreement, and such claims must be remanded; and (5) absent a claim within the Court's original jurisdiction, there is no supplemental jurisdiction over the remaining claims. In the alternative, Plaintiff asks the Court to decline supplemental jurisdiction under 28 U.S.C. § 1367(c) and remand all remaining claims.

Plaintiff further asks the Court to decide this motion before Defendant's Motion to Consolidate and to deny that motion as moot upon remand.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of

Andrew T. Katseanes and the exhibits to it, the pleadings and records on file in this action, and any further evidence or argument the Court may consider.

Dated: November 2, 2026

FERRARO VEGA EMPLOYMENT LAWYERS, INC.

By: ______________________________
Nicholas J. Ferraro
Lauren N. Vega
Rick A. Waltman
Andrew T. Katseanes
Attorneys for Plaintiff Shayna Hill