Rick A. Waltman (State Bar No. 306463)
Andrew T. Katseanes (State Bar No. 351638)
Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Ferraro Vega Employment Lawyers, Inc.
3333 Camino del Rio South, Suite 300
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
rick@ferrarovega.com / andrew@ferrarovega.com
nick@ferrarovega.com / lauren@ferrarovega.com

Attorneys for Plaintiff Shayna Hill

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAYNA HILL, on behalf of others similarly situated and the State of California under the Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN MARIETTA MATERIALS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-05633-DMS-DEB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Dana M. Sabraw<br>Hearing Date: December 18, 2026<br>Time: 01:30 P.M.<br>Courtroom: 13A<br><br>Complaint Filed: August 27, 2026<br>Removed: October 1, 2026<br>Trial Date: None set |

# CERTIFICATE OF SERVICE

*Shayna Hill v. Martin Marietta Materials, Inc.*

Case No. 3:26-cv-05633-DMS-DEB

At the time of service, I was over 18 years of age and not a party to this action. I am employed in San Diego County; my business address is Ferraro Vega Employment Lawyers, 3333 Camino del Rio South, Suite 300, San Diego, California 92108.

On November 2, 2026, I served the following document(s):

**Plaintiff Shayna Hill's Notice of Motion and Motion to Remand**

**Plaintiff Shayna Hill's Memorandum of Points and Authorities in Support of Motion to Remand**

**Declaration of Andrew T. Katseanes in Support of Plaintiff's Motion to Remand**

**[Proposed] Order Granting Plaintiff's Motion to Remand**

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

///

**Addresses:**

Dick A. Semerdjian, Esq. - das@sscelaw.com

Mikayla R. Preus, Esq. - mikayla@sscelaw.com

Schwartz Semerdjian Cauley Schena & Bush LLP

101 West Broadway, Suite 810

San Diego, CA 92101

Telephone: 619-236-8821

Facsimile: 619-236-8827

Parker Graham, Esq. - pgraham@ccsb.com

Tayler Gray, Esq. - tgray@ccsb.com

Carrington, Coleman, Sloman & Blumenthal, L.L.P.

2200 Ross Ave, Suite 1800

Dallas, Texas 75201

Telephone: 214-855-3000

Facsimile: 214-580-2641

Attorneys for Defendant Martin Marietta Materials, Inc.

///

///

///

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of California and is true and correct.

Dated: November 2, 2026

**Ferraro Vega Employment Lawyers, Inc.**

/s/ Edith Byron

Edith Byron